Barry S. Glaser, State Bar No. 70968
bglaser@swesq.com
**STECKBAUER WEINHART, LLP**
333 S. Hope Street, 36th Floor
Los Angeles, California 90071
213.229.2868 - Telephone
213.229.2870 - Facsimile

Attorneys for CONTRA COSTA COUNTY
TREASURER AND TAX COLLECTOR

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 08-41727 MEH |
| JOSE CARLOS DOS SANTOS and SONIA TEIXEIRA DOS SANTOS, | Chapter 13 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF CREDITOR CONTRA COSTA COUNTY TREASURER AND TAX COLLECTOR** |
| | [No Hearing Required] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned counsel for CONTRA COSTA COUNTY TREASURER AND TAX COLLECTOR, a party-in-interest in the above-captioned bankruptcy proceeding, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following pursuant to, *inter alia,* Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"):

Barry S. Glaser, Esq.
**STECKBAUER WEINHART, LLP**
333 S. Hope Street, 36th Floor
Los Angeles, California 90071.
Telephone No. (213) 229-2868
Facsimile No. (213) 229-2870
Email: bglaser@swjlaw.com

The above counsel further request that they be placed on the Court's ECF notification and service list.

PLEASE TAKE FURTHER NOTICE that this notice includes the types of notice referred to in Federal Rules of Bankruptcy Procedure 2002, 3017(d), 4001, 6006(c), 9010 and 9013, including, without limitation, all schedules, requests, notices, motions, complaints, stipulations, settlements, proposed disclosure statements, plans of reorganization, or other pleadings.

PLEASE TAKE FURTHER NOTICE that this notice shall not be construed as a consent to the jurisdiction of the Court over the party filing this notice, consent to have final orders in noncore matters entered without de novo review by the United States District Court, waiver of trial by jury as to matters so triable in this case, waiver of the rights to seek withdrawal of reference, mandatory or discretionary abstention, or as a waiver or limitation of any right or remedy available to such party, all of which are expressly reserved.

Dated: September 12, 2013          **STECKBAUER WEINHART, LLP**


By: ___/s/ *Barry S. Glaser*___
    Barry S. Glaser
    Attorneys for CONTRA COSTA COUNTY
    TREASURER AND TAX COLLECTOR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 S. Hope Street, 36th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF CREDITOR CONTRA COSTA COUNTY TREASURER AND TAX COLLECTOR will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 13, 2013 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Alane A. Becket    notices@becket-lee.com
- Martha G. Bronitsky    13trustee@oak13.com
- Jonathan J. Damen    bknotice@rcolegal.com
- Patrick L. Forte    pat@patforte.com
- Andrew Goldberg    Bkmail@rosicki.com
- Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com
- Richard S. Ralston    richardr@w-legal.com
- Kristin A. Schuler-Hintz    khintz@mccarthyholthus.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 13, 2013 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 13, 2013 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 13, 2013 | Edward Rhee | */s/ Edward Rhee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

20027.005/83450.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                           F 9013-3.1.PROOF.SERVICE

Case: 08-41727    Doc# 69    Filed: 09/13/13    Entered: 09/13/13 09:21:46    Page 3 of 4

BANK OF AMERICA, N.A.
2380 Performance Dr.
Richardson, TX 75082

Chase Bank USA, NA
PO Box 15145
Wilmington, DE 19850-5145

CitiMortgage, Inc.
P.O. Box 6941
The Lakes, NV 88901

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712

LVNV Funding LLC its successors and assigns as assignee of American Express Bank FSB
c/o Resurgent Capital Services
P.O. Box 10587
GREENVILLE, SC 29603-0587

LVNV Funding LLC its successors and assigns as assignee of American Express Centurion Bank
c/o Resurgent Capital Services
P.O. Box 10587
GREENVILLE, SC 29603-0587

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541

Recovery Management Systems Corporation
25 SE 2nd Ave Ste 1120
Attn: Ramesh Singh
Miami, Fl 33131

20027.005/83450.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

Case: 08-41727    Doc# 69    Filed: 09/13/13    Entered: 09/13/13 09:21:46    Page 4 of 4